# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Trivel, Inc. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:25-cv-10190-SKD-CI |
| v. | ) | |
| Tech Smart USA, Inc. | ) | Hon. Susan K. DeClercq |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Vectortek, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel M. Press
> Chung & Press
> 6718 Whittier Avenue
> Suite 200
> McLean, VA 22101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/Taegan Humphries
*Signature of Clerk or Deputy Clerk*

Date of Issuance: January 23, 2025



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-10190

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VECTORTEK, LLC was received by me on *(date)* Feb 11, 2025, 10:20 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tim Carey , who is designated by law to accept service of process on behalf of *(name of organization)* VECTORTEK, LLC on *(date)* Mon, Feb 17 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/17/2025

ROBERT LUTREN
Michigan
Court Officer 42-2
_____
Server's signature

Robert Lutren
_____
Printed name and title

31050 Pine Cone Dr, Farmington Hills, MI 48331
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 17, 2025, 2:00 pm EST at 2425 N LAPEER RD B, OXFORD, MI 48371 received by Tim Carey. Age: 30; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Relationship: Corporate Officer CTO;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS