UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

TRIVEL, INC.

    Plaintiff,

vs.

TECH SMART USA, INC.

and

VECTORTEK, LLC

    Defendants.

Case No.: 25-cv-10190-SKD-CI

Honorable Susan K. DeClercq

---

| | |
|---|---|
| Daniel M. Press<br>Chung & Press<br>Attorneys for Plaintiff<br>6718 Whittier Avenue<br>Suite 200<br>McLean, VA 22101<br>703-734-3800<br>Email: dpress@chung-press.com<br><br>Kurt A. O'Keefe<br>Kurt Okeefe, Attorney<br>Attorneys for Plaintiff<br>1254 Woodbridge Street<br>St. Clair Shores, MI 48080<br>313-962-4630<br>Fax: 313-731-0424<br>Email: koklaw@gmail.com | Marc Sackin<br>STARR SACKIN, PLC<br>Attorneys for Defendant Vectortek, LLC<br>208 W. Park Street<br>Lapeer, MI 48446<br>(810) 664-9908<br>Email: msackin@starrsackin.com |

---

**STIPULATED ORDER TO EXTEND DEADLINE FOR
DEFENDANT VECTORTEK, LLC TO AMEND THE COMPLAINT**

IT IS HEREBY STIPULATED AND ORDERED that the deadline for Defendant Vectortek, LLC to file an Answer or responsive pleading to the Complaint in this action shall be extended from March 10, 2025 to March 19, 2025.

Dated: March 6, 2025                /s/ Marc Sackin_____
                                    Marc Sackin
                                    Attorney for Defendant Vectortek, LLC


Dated: March 6, 2025                /s/ Daniel Press_____
                                    Daniel M. Press
                                    Attorney for Plaintiff



SO ORDERED.

                                    /s/Susan K. DeClercq
                                    SUSAN K. DeCLERCQ
                                    United Stated District Court Judge

Dated: 3/7/2025