UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRIVEL, INC.

    Plaintiff,

vs.

TECH SMART USA, INC.

and

VECTORTEK, LLC

    Defendants.

Case No.: 25-2-25-cv-10190-SKD-CI

Honorable Susan K. DeClerq

Daniel M. Press
Chung & Press
Attorneys for Plaintiff
6718 Whittier Avenue
Suite 200
McLean, VA 22101
703-734-3800
Email: dpress@chung-press.com

Kurt A. O'Keefe
Kurt Okeefe, Attorney
Attorneys for Plaintiff
1254 Woodbridge Street
St. Clair Shores, MI 48080
313-962-4630
Fax: 313-731-0424
Email: koklaw@gmail.com

Marc Sackin
MORGAN STARR SACKIN, PLLC
Attorneys for Defendant Vectortek, LLC
208 W. Park Street
Lapeer, MI  48446
(810) 664-9908
Email: msackin@starrsackin.com

## DEFENDANT VECTORTEK LLC'S
## AFFIRMATIVE DEFENSES IN RESPONSE TO COMPLAINT

    **NOW COMES** Defendant Vectortek, LLC, by and through its attorneys, Morgan Starr Sackin PLLC, and for its Affirmative Defenses in response to the above-styled Complaint, state as follows:

1

1. Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

2. Plaintiff's claims are barred, in whole or in part, by the statute of frauds, including, but not limited to, Plaintiff's implied allegations that certain agreements were oral such as relating to storage fees.

3. Plaintiff's claims may be barred due to release, payment, accord and satisfaction, discharge and/or actual or constructive waiver of rights.

4. Plaintiff failed to mitigate or minimize its alleged damages.

5. Plaintiff's claims are barred by the parol evidence rule because Plaintiff seeks to enforce alleged agreements that deviate from the terms of the Distribution Agreement, including, but not limited, relating to storage fees.

6. Plaintiff's claims are barred by the doctrines of waiver, estoppel or laches due to, among other things, Plaintiff's wrongful actions in its dealings with Defendant Vectortek, LLC.

7. Plaintiff lacks authority to sue Defendant Vectortek LLC because Vectortek LLC is not a named party to the Distribution Agreement.

8. Defendants hereby give notice of their intent to rely upon such other and further affirmative and/or special defenses as may appear applicable through discovery or other investigation and hereby reservs the right to amend their pleadings, including adding or dismissing any affirmative defense stated based on facts or information obtained during discovery or investigation.

WHEREFORE, Defendant Vectortek respectfully request this Honorable Court dismiss Plaintiff's Complaint in its entirety, award Defendants legal fees and costs wrongfully incurred, and grant further relief this Court deems fair and equitable.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MORGAN STARR SACKIN PLLC |
| Dated:  March 19, 2025 | /s/ Marc Sackin_____ |
|  | Marc Sackin (P76287) |
|  | Attorney for Defendants |
|  | 208 W. Park St. |
|  | Lapeer, MI 48446 |
|  | (810) 664-9908 |

## CERTIFICATE OF SERVICE

I, Marc Sackin, certify that on March 19, 2025, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Marc Sackin

Marc Sackin