UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRIVEL, INC.

    Plaintiff,

vs.

TECH SMART USA, INC.

and

VECTORTEK, LLC

    Defendants.

Case No.: 25-2-25-cv-10190-SKD-CI

Honorable Susan K. DeClerq

| | |
|---|---|
| Daniel M. Press<br>Chung & Press<br>Attorneys for Plaintiff<br>6718 Whittier Avenue<br>Suite 200<br>McLean, VA 22101<br>703-734-3800<br>Email: dpress@chung-press.com | Marc Sackin<br>MORGAN STARR SACKIN, PLLC<br>Attorneys for Defendant Vectortek, LLC<br>208 W. Park Street<br>Lapeer, MI  48446<br>(810) 664-9908<br>Email: msackin@starrsackin.com |
| Kurt A. O'Keefe<br>Kurt Okeefe, Attorney<br>Attorneys for Plaintiff<br>1254 Woodbridge Street<br>St. Clair Shores, MI 48080<br>313-962-4630<br>Fax: 313-731-0424<br>Email: koklaw@gmail.com | |

## **APPEARANCE**

    PLEASE TAKE NOTICE that attorney Marc Sackin has on this day entered his Appearance for Defendant Yech Smart USA, Inc.

1

Dated: April 3, 2025                                                       MORGAN STARR SACKIN PLLC


                                                                           /s/ Marc Sackin
                                                                           Marc Sackin
                                                                           Attorneys for Defendant Tech Smart USA, Inc.
                                                                           208 W. Park Street
                                                                           Lapeer, MI  48446
                                                                           (810) 664-9908


## CERTIFICATE OF SERVICE

I, Marc Sackin  certify that on April 3, 2025, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                           /s/ Marc Sackin
                                                                           Marc Sackin