UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**TRIVEL, INC.**

      **Plaintiff,**

                                **Civil Action No. 2-25-cv-10190-SKD-CI**v.
                                **Hon. Susan K. DeClerq**

**Tech Smart USA, Inc., et al.**

      **Defendants.**

## STIPULATION AND CONSENT MOTION TO REFER THIS CASE TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE OR MEDIATION

NOW COME the parties, through counsel, and hereby stipulate and jointly move that this Court refer this matter to a U.S. Magistrate Judge (other than one who may hear discovery or other matters arising in this case) for a settlement conference pursuant to L.R. 16.6 or mediation pursuant to L.R. 16.4.  The parties believe that such a process will facilitate settlement of this case and avoid the cost of further litigation.

Dated: April 9, 2025

                                                        Respectfully submitted,

                                                        _/s/ Daniel M. Press_____
                                                        Daniel M. Press, Va. Bar No. 37123
                                                        dpress@chung-press.com
                                                        Chung & Press, P.C.
                                                        6718 Whittier Avenue/Suite 200
                                                        McLean, VA 22101
                                                        703-734-3800
                                                        703-734-0590 (fax)

        /s/ Kurt O'Keefe
Kurt O'Keefe P30718
Local Counsel for Plaintiff
1254 Woodbridge Street
St. Clair Shores MI 48080
313-962-4630
koklaw@gmail.com

Counsel for Plaintiff

/s/ Marc Sackin_____
Marc Sackin
MORGAN STARR SACKIN, PLLC
Attorneys for Defendants
208 W. Park Street
Lapeer, MI 48446
(810) 664-9908
Email: msackin@starrsackin.com

Counsel for Defendants