UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Trivel, Inc.,

                Plaintiff(s),

v.                                         Case No. 2:25−cv−10190−SKD−CI
                                              Hon. Susan K. DeClercq

Tech Smart USA, Inc., et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Ivy, Jr. pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                              s/Susan K. DeClercq
                                              Susan K. DeClercq
                                              United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/K. Brown
                                              Case Manager

Dated:  April 9, 2025