UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRIVEL, INC.

        Plaintiff,

                        Civil Action No. 2-25-cv-10190-SKD-CIv.
                        Hon. Susan K. DeClerq

Tech Smart USA, Inc., et al.

        Defendants.

### STIPULATION OF VOLUNTARY DISMISSAL

NOW COME the Parties, through counsel, and hereby stipulate pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) that this action be and hereby is DISMISSED as settled, each party to bear its own costs.   Either party may seek to reopen the case in the event of a violation of the settlement agreement.

Dated: June 19, 2025.

                                        Respectfully submitted,

                                         /s/ Daniel M. Press
                                        Daniel M. Press, Va. Bar No. 37123
                                        dpress@chung-press.com
                                        Chung & Press, P.C.
                                        6718 Whittier Avenue/Suite 200
                                        McLean, VA 22101
                                        703-734-3800
                                        703-734-0590 (fax)

/s/ Kurt O'Keefe (by D Press w/ permission)
Kurt O'Keefe P30718
Local Counsel for Plaintiff
1254 Woodbridge Street
St. Clair Shores MI 48080
313-962-4630
koklaw@gmail.com

Counsel for Plaintiff

/s/ Marc Sackin_(by D Press w/ permission)
Marc Sackin
MORGAN STARR SACKIN, PLLC
Attorneys for Defendants
208 W. Park Street
Lapeer, MI 48446
(810) 664-9908
Email: msackin@starrsackin.com

Counsel for Defendants