UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trivel, Inc.
      Plaintiffs,

v.

Tech Smart USA, Inc., et, al,

      Defendants.
_____/

Case No. 25-10190

Honorable Susan K. DeClercq
United States District Judge

**ORDER DISMISSING CASE**

Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice under Civil Rule 41(a)(1)(A)(i). ECF No. 19.

Accordingly, it is **ORDERED** that this case is **DISMISSED.**

**This order closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 2, 2025