UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**TRIVEL, INC.**
      **Plaintiff,**

                          Civil Action No. 2-25-cv-10190-SKD-Civ.
V.                       Hon. Susan K. DeClerq

**Tech Smart USA, Inc., et al.**    Curtis Ivy, Jr., United States Magistrate
      **Defendants.**           Judge

## PLAINTIFF'S REPLY BRIEF RE MOTION TO REOPEN CASE TO ENFORCE SETTLEMENT AGREEMENT

NOW COMES Plaintiff, Trivel Inc., through counsel, and replies as follows to Defendant's response to its Motion to Reopen.

Defendant raises factual disputes as to the ultimate issue – how many e-bike/e-tricycles were returned (and what counts as an e-bike/e-tricycle under the agreement), but that does not mean that Plaintiff is without remedy. Defendant does not contest jurisdiction or that the motion to reopen is procedurally correct. As Plaintiff acknowledged in its motion, the factual dispute just means that an evidentiary hearing/trial on these factual issues is required. *Kukla v. Nat'l Distillers Prods. Co.*, 483 F.2d 619, 622 (6th Cir.1973*); Aro Corp. v. Allied Witan Co.*, 531 F. 2d 1368, 1372 (6th Circuit 1976). As such, the case should be reopened and the parties provided an opportunity for discovery and a trial on these issues.

1

Dated: November 2, 2025

                                      Respectfully submitted,

                                       /s/ Daniel M. Press  
                                      Daniel M. Press, Va. Bar No. 37123  
                                      dpress@chung-press.com  
                                      Chung & Press, P.C.  
                                      6718 Whittier Avenue/Suite 200  
                                      McLean, VA 22101  
                                      703-734-3800  
                                      703-734-0590 (fax)

                                      /s/ Kurt O'Keefe  
                                      Kurt O'Keefe P30718  
                                      Local Counsel for Plaintiff  
                                      1254 Woodbridge Street  
                                      St. Clair Shores MI 48080  
                                      313-962-4630  
                                      koklaw@gmail.com

                                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Daniel M. Press, certify that on November 2, 2025, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                       /s/ Daniel M. Press  
                                      Daniel M. Press

2