UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Trivel, Inc.,

                Plaintiff(s),

v.                                           Case No. 2:25−cv−10190−SKD−CI
                                              Hon. Susan K. DeClercq

Tech Smart USA, Inc., et al.,

                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Susan K. DeClercq as follows:

- STATUS CONFERENCE: November 6, 2025 at 02:00 PM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys−only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K. Brown
                                                           Case Manager

Dated:   November 3, 2025