UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRIVEL, INC.,

                Plaintiff,                    Case No. 2:25-cv-10190

v.                                        SUSAN K. DeCLERCQ
                                        United States District Judge

TECH SMART USA, INC., and
VECTORTEK, LLC,

                Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN (ECF No. 21), ALLOWING LIMITED DISCOVERY, AND DIRECTING APPEARANCE AT STATUS CONFERENCE**

On June 9, 2025, the parties resolved this matter through a Settlement and Release Agreement ("settlement agreement"). ECF No. 21. On October 22, 2025, however, Plaintiff moved to reopen this case to enforce the settlement agreement. *Id*. That motion was fully briefed as of November 2, 2025, ECF Nos. 22; 23, and this Court held a status conference on November 6, 2025. During that conference, counsel for all parties agreed to reopen the case to so this Court could determine whether the parties have complied with the settlement agreement. The parties suggested that this Court hold an evidentiary hearing after a 90-day period of discovery. This Court agrees.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Reopen Case to

Enforce Settlement (ECF No. 21) is **GRANTED**. This matter is reopened only for enforcement of the settlement agreement.

It is **FURTHER ORDERED** that the parties will be allowed 90 days from the date of this Order to engage in discovery on issues relating to the terms, and possible breach, of the settlement agreement.

It is **FURTHER ORDERED** that counsel for all parties are **DIRECTED** to appear at a virtual status conference on **February 11, 2026 at 2:00 p.m.**

*This is not a final order and does not close the above-captioned case.*

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 7, 2025