UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Trivel, Inc.,

                    Plaintiff(s),

v.                                          Case No. 2:25–cv–10190–SKD–CI
                                            Hon. Susan K. DeClercq
Tech Smart USA, Inc., et al.,

                    Defendant(s),

_____

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Susan K. DeClercq at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- EVIDENTIARY HEARING:  June 15, 2026 at 09:00 AM


## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/K. Brown_____
                                  Case Manager

Dated:   February 13, 2026