Trivel, Inc and Tech Smart USA, Inc and Vectortek, LLC (last two collectively the "Defendants") enter into the following settlement and Release Agreement on June 9, 2025:

1. Defendants shall pay Trivel the sum of $455,000 within ten (10) days of this Agreement (6/19/2025) by wire or cashiers check.

2. Defendants shall permit Trivel to pick up all e-bikes/e-tricycles returned from the QVC Group that are subject to the Distribution Agreement between the parties that is the subject of this litigation at a mutually agreed upon date(s).

3. Defendants guarantee that they will provide at least 225 e-bikes/e-tricycles within 90 days of this Agreement. In the event that less than ~~not~~ 225 units are provided, then Defendants shall be required to compensate Trivel the sum of $1,390 for each unit less than 225. Each ~~m~~ e-bike/e-tricycle constitutes a "unit" for purposes of this paragraph regardless of it's condition so long as it was a unit provided by Trivel

1 of 3

e

or any third party
with which Mr. Lajoie
has any business relationship
which he may influence for this purpose

June 9, 2026

(other than
non-controlling
shares in a
public
company)

4. Neither Trivel, nor any related entities nor any entity owned, in who or part, by Oliver Lajoie, may have any business dealings with The QVC Group. In the event of a violation, and Defs sue and prevail, then Trivel would pay damages, including reasonable attorneys fees and costs

5. Neither party may disparage the other to any entity or person outside their organization, attorneys, etc.

5a. Neither party admits liability.

6. The terms of this Agreement shall be confidential

7. Defendants shall not seek any further compensation for returns

8. All provisions in the Distribution Agreement concering Defendants' protection for consumer tort liability shall remain in place

9. Parties shall release each other for all potential claims except to enforce this Agreement.

10

*of the $455,000*   stipulation *of*   eN

10. Plaintiff shall file a dismissal upon the receipt provided for in Paragraph 1 but ~~no~~ either party may seek to reopen the case in the event of violation of this Agreemt.

Trivel, ~~Inc.~~

~~Dated~~: Oliver Lajoie
Dated: 6/9/25 President

TechSmart USA

Chris Carey
Dated: ___ Officer

Vectortek, LLC

Dated: ___ Chris Carey
Owner

3 of 3