|  |  | Ollie Leo E-trike | Ollie Scooter | Unknown brand E-trike | Empty Boxes and Empty pallets (no E-Trike) |  |
|---|---|---|---|---|---|---|
| #1 | July 8th. 2025 | 50 |  |  |  |  |
| #2 | July 8th, 2025 | 50 |  |  |  |  |
| #3 | September 23rd, 2025 | 21 | 24 | 1 | 2 |  |
| #4 | October 3rd, 2025 | 4 |  |  | 32 |  |
| #5 | October 3rd 2025 | 2 |  |  | 24 |  |
|  | TOTAL | 127 | 24 | 1 | 58 | 210 |

|  |  | Ollie Leo E-trike received |
|---|---|---|
| #1 | July 8th. 2025 | 50 |
| #2 | July 8th, 2025 | 50 |
| #3 | September 23rd, 2025 | 21 |
| #4 | October 3rd, 2025 | 4 |
| #5 | October 3rd 2025 | 2 |
|  | TOTAL | 127 |

**Calculation of Monetery amount owed (Shipped before Sept. 9th 2025)**

| | |
|---|---|
| Units agreed to be delivered to Trivel | 225 |
| Minus Units of E-trike/E-Bikes delivered to Trivel before June | 127 |
| **Difference of Units missing** | 98 |
| X Cost value in Agreement | 1 390,00  $ |
| | **136 220,00  $** |