

- Includes electric trike, bike lock, cover, multi tool, removable phone mount, padded comfort seat with backrest, removable turn signals, charger, and lithium-ion battery

- 500W motor

- Foldable design

- Speed sensor

- Five power levels with pedal assist and throttle-only modes

- Oversized rear cargo basket

- Hydraulic brakes

- Rear traction

- Front LED headlight and three rear LED brake lights

- Aluminum frame

**E-Trike Ollie LEO Item description from QVC:**

# E-323740

## Ollie Leo Electric Trike with 500W Motor & 20MPH Speed w/Accessories

| | |
|---|---|
| Ollie Leo Electric Trike with 500W Motor & 20MPH Speed | $2499.00* |
| Bike Lock | $19.92* |
| All Weather Cover Tarp | $44.99* |
| eTrike Multitool | $21.99* |
| Removeable Phone Mount | $26.00* |
| Backrest Attachment | $59.00* |
| Removeable Turn Signals | $48.99* |
| **If Purchased Separately** | **$2719.89*** |

*The specified values are Comparable Retail Values, representing the price being charged by retailers for items of like grade & quality. The If Purchased Separately value may vary depending on whether any restrictions on the offers apply to the customer. For example, some offers may only apply to customers who are new to the App, Service, or Voucher.

**Definition of E-Bikes/E-Trikes**

**E-Bike/E-Trike (Cost price $1,390$/MSRP $2,499) :**



**E-Scooter returned by Techsmart (Cost price $660$/MSRP $999)**

