Case 2:25-cv-10190-SKD-CI   ECF No. 27-4, PageID.108   Filed 06/16/26   Page 1 of 2

All help topics ⌄   |   Search Within Our Help Center                                    🔍

Help Center Home  >  Returns & Exchanges  >  When should I expect to see my refund for my return?

# When should I expect to see my refund for my return?

We typically process returns within 3 business days after we receive the returned item. Once we've processed your return, we will refund your original method of payment or issue a credit to your QVC customer account for use toward a future purchase with us.

- To stay informed on the status of your return and refund, sign in to your QVC.com account and sign up for email alerts here.
- When your return is processed, a refund is issued immediately, however it may take several days for your financial institution to credit your account. Please allow 3 additional business days or two billing cycles for the refund to show on your online or printed monthly statements.

**More to know…**

Sometimes we're able to issue you an early refund when you use our convenient Q Return Label or QR Code from QVC.com. In these cases, as soon as the item is dropped off by you at a return location or received by the carrier, a refund may be issued to your original payment method or as QVC member credits in advance of receipt and processing of the item at our return facilities.*

- To obtain a Q Return label, go to Order Status, view the order you wish to return, then click 'Start a Return or Exchange' and follow the simple step-by-step instructions to print a prepaid Q Return Label or Generate a USPS or UPS QR code.

If you're requesting a replacement/exchange of your original item, follow the instructions to return the item and request a replacement/exchange. If the requested exchange is no longer available, including items on waitlist and advance order, QVC will issue a refund and not deduct the Q Return Label fee. (Click here to see more about Free Exchanges.)

*Based on our verification of the returned item, if the returned item is not the item for which you had requested a return or is not in the same quantity we may rebill your original payment method.

*After you complete a drop-off or pick-up of return item(s), it may take some time for the item(s) to be transported to our return facilities. Once the item(s) are received, the item(s) will be verified and inspected against the expected product(s) and quantity in your return request. If we do not receive the expected product(s) and quantity as submitted by you in your return request, or if the item(s) are not in original condition or missing parts/accessories/manuals, you will be charged for the previously refunded amount (or for the previously shipped replacement/exchange order).*

*To avoid being charged after an early refund, take the following actions:*

- *Only initiate return requests for items in their original condition.*
- *Apply the correct mailing label for your order.*
- *Drop off or pick up each item you're returning at an eligible location.*

Was this article useful?    YES    NO          ◄ SHARE

## Related Articles

How can I return or exchange an ite...

What's your return policy?

What's your policy for exchanges?