## Direct Return Dispute Notification

**IMPORTANT:**

For Pricing discrepancies please email:
edi208@qvc.com

- Please fill out this form completely
- Dropship vendors are expected to process all returns that come to their facility within 4 business days of receipt.
- Any disputes/claims must be submitted within 30 days of receipt of the return.

For issues with actual product please use this form and email:

Directtovendorreturndisputes@qvc.com

- For non-Pricing related discrepancies (Shortage, Wrong Product, Damage, etc.) ONLY email the appropriate QVC specific email listed to the left.

**Date:** 02/06/2024

## Vendor Information/Contact

| | |
|---|---|
| **Vendor Number:** | |
| **Vendor Name:** | |
| **Street:** | |
| **ZipCode,City:** | |
| **Country:** | |
| **Contactperson:** | |
| **E-mail address:** | |
| **Phone number:** | |

Filloutpage2formoredetailedinformation

1/2



## ClaimNotification

If orders exceed rows provided below, please start a new form entirely.

| Customer order # | QVC Item# | Main Product Missing? | Component Missing? | Main Product Damaged? | Other | Qty |
|---|---|---|---|---|---|---|
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |
| | | ☐ YES | ☐ YES | ☐ YES | | |

**Please attach pictures/documents for identification if applicable.**

**If you are submitting a Damage a picture must be attached including 15-digit merchant PO, Customer Order#, Order Line number, Carrier Name, and Tracking Number**

**Additional Notes for Dispute Notification:**

**Date,Signature**