| | |
|---|---|
| **Objet:** | Re: Pickup return- Ollie trike |
| **Date:** | jeudi 26 juin 2025 à 11:41:45 heure avancée de l'Est |
| **De:** | Tim Carey |
| **À:** | Olivier Lajoie |
| **Cc:** | Sébastien Daviault, Chris Carey, Sylvie Hainault, Tina Bogart |
| **Pièces jointes:** | image001.png, image002.png, image003.png, image1.jpeg, image0.jpeg |

Hi Sebastien,

I think July 8th works best for us, but we can make either day work if there are issues there.

Ollie, I've attached a few images below.

Tim


On Thu, Jun 26, 2025 at 9:54 AM Olivier Lajoie <olajoie@trivel.com> wrote:

Hi Tim,

Can you please send us multiple pictures of the boxes, we have someone asking for them before we move them.

Thanks,

Really appreciated!


Olivier Lajoie

Président / President

514-808-5835





**From:** Tim Carey <tcarey@vectortek.com>

**Sent:** 25 juin 2025 13:22

**To:** Olivier Lajoie <olajoie@trivel.com>

**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Sylvie Hainault <sylvie@trivel.com>; Chris Carey <ccarey@vectortek.com>

**Subject:** Re: Pickup return- Ollie trike

Also please note that the US Independence day is next week. Our warehouse will be closed on the 3rd and 4th of July respectively

On Wed, Jun 25, 2025 at 1:18 PM Tim Carey <tcarey@vectortek.com> wrote:

> Hi Ollie,
>
> In previous pickups, it hasn't been feasible to fit more than 50 or so of the bikes on a truck. Hope that helps :)
>
> Sebastien,
>
> Yes at the Vectortek Warehouse. For reference is still 2425 N Lapeer Rd, Oxford MI 48371.
>
> Tim
>
> ---
>
> **From:** Sébastien Daviault <sdaviault@trivel.com>
>
> **Sent:** 25 juin 2025 13:11
>
> **To:** Tim Carey <tcarey@vectortek.com>
>
> **Cc:** Sylvie Hainault <sylvie@trivel.com>; Olivier Lajoie <olajoie@trivel.com>; Chris Carey <ccarey@vectortek.com>
>
> **Subject:** Re: Pickup return- Ollie trike
>
> Pickup at Vectortek Warehouse ?

Sébastien Daviault

Directeur général / General manager

514-712-1692



---

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** mercredi, 25 juin 2025 à 11:44
**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Sylvie Hainault <sylvie@trivel.com>, Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Pickup return- Ollie trike

Unfortunately we're not able to floor load it at this time, they'll have to remain on their skids

On Wed, Jun 25, 2025 at 8:39 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim
>
> Thank you for the follow up!
>
> Are you able to confirm, if possible, for you to floor load the trailer? Usually, we can fit between 75 to 85 units instead of 50 when floor loaded
>
> Thank you
>
> Sébastien Daviault
>
> Directeur général / General manager
>
> 514-712-1692
>
>

---

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** mardi, 24 juin 2025 à 15:26

**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Sylvie Hainault <sylvie@trivel.com>, Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Pickup return- Ollie trike

Hi Sébastien,


We still have quite a few bikes that we have to get pulled out of storage. However we currently have 125 bikes currently residing within our warehouse if you all want to do a pick up.
Let me know what day and times work best for you


Tim


On Tue, Jun 10, 2025 at 3:23 PM Sébastien Daviault <sdaviault@trivel.com> wrote:

> 53ft trailer sorry
>
>
> Let me know as soon as they are available
>
>
> Sébastien Daviault
>
> Directeur général/ General manager
>
> 514-712-1692
>
> _____
>
> **De :** Tim Carey <tcarey@vectortek.com>
> **Envoyé :** Tuesday, June 10, 2025 3:14:17 PM
> **À :** Sébastien Daviault <sdaviault@trivel.com>
> **Cc :** Sylvie Hainault <sylvie@trivel.com>; Olivier Lajoie <olajoie@trivel.com>; Chris Carey <ccarey@vectortek.com>
> **Objet :** Re: Pickup return- Ollie trike
>
>
> Hi Sébastien,
> I'm currently coordinating with various locations to pull the trikes from storage so

they can be consolidated in location for pick up. Which will take some time.
in your email you wrote you are sending 53 trailers to pick them up? Could you clarify or confirm if that's correct or a typo?
Tim

On Tue, Jun 10, 2025 at 6:45 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

Hi Tim,

Hope you are doing great!

Is it possible to tell me how many tricycle are ready to pickup up in Vecktortek warehouse?

We will dispatch 53trailers to pick them up this week.

Thank you

Sébastien Daviault

Directeur général/ General manager

514-712-1692

**Full Van received Shipment number 10449 (50 units Ollie Leo E-trike)**

# Commercial Invoice

## Sender details

| | |
|---|---|
| Company: | Vectortek |
| Address line 1: | 2425 N Lapeer Rd |
| Address line 2: | |
| Postcode / City: | 48371 — Oxford |
| Country: | United States |
| Sender name: | Tim Carey |
| Telephone: | (810) 936-0536 |
| Email: | tcarey@vectortek.com |

| | |
|---|---|
| Invoice number (optional): | Vecktor1 |
| Shipping date: | 2025-07-08 |
| Shipment number: | 10449 |
| Currency: | USD Us Dollar |
| Reason for export: | Return |
| Sender VAT number: | |
| Receiver VAT number: | |
| Terms of sale (Incoterms): | DDP (Delivered Duty Paid) |

## Receiver details

| | |
|---|---|
| Company: | TRIVEL INC |
| Address line 1: | 102-467 RUE BOURQUE |
| Address line 2: | |
| Postcode / City: | J5Z 5A2 — REPENTIGNY QC |
| Country: | Canada |
| Receiver name: | SYLVIE HAINAULT |
| Telephone: | 450-585-2504 |
| Email: | ORDERS@TRIVEL.COM |

## Delivery details (if different from receiver)

| | |
|---|---|
| Company: | |
| Address line 1: | |
| Address line 2: | |
| Postcode / City: | |
| Country: | United States |
| Delivery contact: | |
| Telephone: | |
| Email: | |

| Description of goods | Quantity | Unit weight (kg) | Unit value | HS code | Country of origin | Total weight (kg) | Total value |
|---|---|---|---|---|---|---|---|
| Ollie etrike, return | 50 | 45 | 300 | 8712.00.5000 | China | 2250 | 15000 |
| | | | | | China | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Number of packages in shipment:

50

| | |
|---|---|
| Total shipment value: | 15000 |
| Discount: | |
| Subtotal: | 15000 |
| Shipping costs: | |
| Insurance costs: | |
| Other costs: | |
| Total declared value: | 15000 |

## Declaration

I declare that the content of this invoice is true and correct.

| Name and Signature | Company and Job title | Date |
|---|---|---|
| SYLVIE HAINAULT | Administrative agent at Trivel Inc | 2025-07-08 |

**Additional information** (e.g. hazardous details, EORI number, ECCN number, etc.)

**Full Van received Shipment number 10450 (50 units Ollie Leo E-trike)**

# Commercial Invoice

## Sender details

| | |
|---|---|
| Company: | Vectortek |
| Address line 1: | 2425 N Lapeer Rd |
| Address line 2: | |
| Postcode / City: | 48371 Oxford |
| Country: | United States |
| Sender name: | Tim Carey |
| Telephone: | (810) 936-0536 |
| Email: | tcarey@vectortek.com |

| | |
|---|---|
| Invoice number (optional): | Vecktor1 |
| Shipping date: | 2025-07-08 |
| Shipment number: | 10450 |
| Currency: | USD Us Dollar |
| Reason for export: | Return |
| Sender VAT number: | |
| Receiver VAT number: | |
| Terms of sale (Incoterms): | DDP (Delivered Duty Paid) |

## Receiver details

| | |
|---|---|
| Company: | TRIVEL INC |
| Address line 1: | 102-467 RUE BOURQUE |
| Address line 2: | |
| Postcode / City: | J5Z 5A2 REPENTIGNY QC |
| Country: | Canada |
| Receiver name: | SYLVIE HAINAULT |
| Telephone: | 450-585-2504 |
| Email: | ORDERS@TRIVEL.COM |

## Delivery details (if different from receiver)

| | |
|---|---|
| Company: | |
| Address line 1: | |
| Address line 2: | |
| Postcode / City: | |
| Country: | United States |
| Delivery contact: | |
| Telephone: | |
| Email: | |

| Description of goods | Quantity | Unit weight (kg) | Unit value | HS code | Country of origin | Total weight (kg) | Total value |
|---|---|---|---|---|---|---|---|
| Ollie etrike, return | 50 | 45 | 300 | 8712.00.5000 | China | 2250 | 15000 |
| | | | | | China | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Number of packages in shipment:

50

| | |
|---|---|
| Total shipment value: | 15000 |
| Discount: | |
| Subtotal: | 15000 |
| Shipping costs: | |
| Insurance costs: | |
| Other costs: | |
| Total declared value: | 15000 |

## Declaration

I declare that the content of this invoice is true and correct.

| Name and Signature | Company and Job title | Date |
|---|---|---|
| SYLVIE HAINAULT | Administrative agent at Trivel Inc | 2025-07-08 |



