**Objet:**      Re: Inventory and pick up

**Date:**      mercredi 17 septembre 2025 à 16:23:33 heure avancée de l'Est

**De:**      Tim Carey

**À:**      Sébastien Daviault

**Cc:**      Olivier Lajoie, Chris Carey

**Pièces jointes:** image001.png, image001.png

Hi Sébastien,

We'll have 50 Ollie boxes staged and ready to go when the truck shows up on Tuesday. We're still waiting on some bikes to be shipped to us so I should have an update on those in the future.

Thanks,
Tim

On Wed, Sep 17, 2025 at 4:10 PM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim
>
> Please confirm how many you have?
>
> I want to send the right size of truck
>
> Thank you
>
>
> Sébastien Daviault
>
> Directeur général / General manager
>
> 514-712-1692
>
> **trivel**
>
> ---
>
> **De :** Tim Carey <tcarey@vectortek.com>
> **Date :** mercredi, 17 septembre 2025 à 15:46
> **À :** Sébastien Daviault <sdaviault@trivel.com>
> **Cc :** Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
> **Objet :** Re: Inventory and pick up
>
> Hi Sébastien,
>
> I spoke with our Warehouse manager and they told me they should be able to receive a single truck on Tuesday next week if you'd like to send a truck that day. Please ensure the truck is scheduled for our operating hours between 10:30am and 4:30pm EST

Let me know if you have any questions

Thanks,

Tim

On Wed, Sep 17, 2025 at 9:39 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim
>
> Do you have any update?
>
> Thank you
>
> Sébastien Daviault
>
> Directeur général / General manager
>
> 514-712-1692
>
> **trivel**

**De :** Sébastien Daviault <sdaviault@trivel.com>
**Date :** mardi, 16 septembre 2025 à 10:59
**À :** Tim Carey <tcarey@vectortek.com>
**Cc :** Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Inventory and pick up

Thank you Tim.

Please let me know the quantity today! I had plan to send at least one truck Thursday to pickup

Sébastien Daviault

Directeur général / General manager

514-712-1692



---

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** lundi, 15 septembre 2025 à 15:29
**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Inventory and pick up

Hi Sébastien,

Our shipping manager is off today, they should be back in the office tomorrow. I know we just got a shipment of returns in from QVC, let me get back to you on that

Thanks,

Tim

On Mon, Sep 15, 2025 at 8:09 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

Hi Tim

Could you give me a quick update on how many returns are ready to be pickup at your warehouse?
I could arrange pickup accordingly
Thank you

Sébastien Daviault

Directeur général /

General manager 514-


712-1692

**BILL OF LADING / ORIGINAL - NOT NEGOTIABLE**                    Page: 1/1

| Shipper | Booking / Cust Ref. # | Reference # |
|---|---|---|
| Vectortek | TRIVEL | 010630 |
| 2425 N. Lapeer Rd | | |
| Suite B | | |
| Oxford, MI, 48371 | | |
| UNITED STATES  Tel: | | |

| Consignee | |
|---|---|
| TRIVEL INC | |
| 467 Rue Bourque | |
| Repentigny, QC, J5Z 5A2, CANADA | |
| Tel: 450-585-2504 Fax: | |

| Notify Party | Date of Issue |
|---|---|
| | SEP 23, 2025 |
| | Local carrier |
| | ROCKWELL TRUCK LINE |
| | Terms of delivery & payment |
| | PREPAID |

**Commodity Description**

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(l) of NMFC Item 360

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and broker.

| No. of Pieces / Number de Colis | Type / Sla'b | Description of Goods / Description des marchandises | Gross weight / Pack Unit |
|---|---|---|---|
| 50 | BOX | Lilithium -ion batteri calss 9 | 3,500 Lbs |
| | | NOTES: | 1,588 Kgs |
| | | UN 3480 Li-ion batteries | |

ROCKWELL TRUCK LINE

21Z5PARS0057228

| Shipper : | Carrier : | Consignee |
|---|---|---|
| Date: 09 , 23 , 2025 | Date: ___ / ___ / ___ | Date: ___ / ___ / ___ |
| (MM)  (DD)  (YYYY) | (MM)  (DD)  (YYYY) | (MM)  (DD)  (YYYY) |
| (Name-please print) Timothy Corey | (Name-please print) ___ | (Name-please print) ___ |
| (Signature) ___ | (Signature) ___ | (Signature) ___ |
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. | Consignee acknowledges that the above named materials have been received in proper condition from transportation according to the applicable regulations of the DOT |

## September 23rd 2025 (shipment #3)

**Partial van received (21 units Ollie Leo E-trike, 24 Ollie Scooters, 1 Unknown brand E-Trike, 2 Empty boxes and Empty pallets)**

| Empty boxes with parts | | |
|---|---|---|
| Empty box with parts | Carton box and saddle- no bike | |
| Empty box with parts | Wheels and saddle, no bike | |

| E-Bike/Etrike from another Supplier | | |
|---|---|---|
| Unknow bike- **Aotos** brand/supplier | Unknown | |

| Scooters (Not E-Bikes/E-trikes) | | |
|---|---|---|
| Ollie Rider Teal | MHC148V500W2410268 | |
| Ollie Rider Teal | MHC148V500W2410190 | |
| Ollie Rider Teal | MHC148V500W2410112 | |
| Ollie Rider Teal | MHC148V500W2410345 | |

| | | |
|---|---|---|
| Ollie Rider Teal | MHC148V500W2410065 | |
| Ollie Rider Teal | MHC148V500W2410080 | |
| Ollie Rider Teal | MHC148V500W2410187 | |
| Ollie Rider Teal | MHC148V500W2410279 | |
| Ollie Rider Teal | MHC148V500W2410253 | |
| Ollie Rider Teal | MHC148V500W2410xxx | |
| Ollie Rider Teal | MHC148V500W2410171 | |
| Ollie Rider Teal | MHC148V500W2410029 | |
| Ollie Rider Teal | MHC148V500W2410082 | |
| Ollie Rider Teal | MHC148V500W2410353 | |
| Ollie Rider Teal | MHC148V500W2410045 | |





