**Objet:** Re: Pickup

**Date:** mardi 30 septembre 2025 à 10:03:22 heure avancée de l'Est **De:**      Tim Carey

**À:**      Sébastien Daviault

**Cc:**      Olivier Lajoie, Chris Carey

Hi Sébastien,

Unfortunately I'm currently out of office on vacation until Wednesday so that isn't quite possible. Does Friday work for you?

T
i
m

On Mon, Sep 29, 2025 at 9:07 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

Hi Tim
could you please confirm we can pickup 100units (2 trucks) wednesday

october 1st? Thank you

Sébastien Daviault
Directeur général/
General manager 514-
712-1692

## BILL OF LADING / ORIGINAL - NOT NEGOTIABLE

Page: 1/1

Shipper
**Vectortek**
2425 N. Lapeer Rd
Suite B
Oxford, MI, 48371
UNITED STATES  Tel:

Consignee
**TRIVEL INC**
467 Rue Bourque

Repentigny, QC, J5Z 5A2, CANADA
Tel: 450-585-2504 Fax:

Notify Party

| | |
|---|---|
| Booking / Con.Ref # | Reference # |
| TRIVEL 2 | 010661 |

MC #: 599244

Date of Issue
**OCT 03, 2025**

Local carrier
**HIGHLIGHT MOTOR GROUP**

Terms of delivery & payment
**PREPAID**

### Commodity Description

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2() of NMFC Item 360

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).

Received, subject to individually determined rates or contacts that have been agreed upon in writing between the carrier and broker.

| No. of Pieces<br>Nombre de Colis | Type / Sorte | Description of Goods<br>Description des marchandises | Gross weight<br>Poids brut |
|---|---|---|---|
| 26 | PALLETS | Liithium -ion batteri caiss 9<br>NOTES:<br>UN 3840 Li-ion batteries<br>full van | 1,500 Lbs<br>680 Kgs |

**Shipper :**

Date: 10 / 03 / 2025
    (MM)   (DD)   (YYYY)

(Name please print) Timothy Carey

(Signature) [signature]

This is to certify that the above named materials are properly classified, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the DOT

**Carrier :**

Date: ___ / ___ / ___
    (MM)   (DD)   (YYYY)

(Name-please print) _____

(Signature) _____

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

**Consignee**

Date: ___ / ___ / ___
    (MM)   (DD)   (YYYY)

(Name-please print) _____

(Signature) _____

Consignee acknowledges that the above named materials have been received in proper condition from transportation according to the applicable regulations of the DOT









