## DEFENDANTS' TRIAL EXHIBIT INDEX

Case: Trivel International, Inc. v. VectorTek, LLC

Trial Date: June 15, 2026 at 9:00 am

| Exhibit | Descriptio |
| --- | --- |
| Defendant's Exhibit A | Settlement |
| Defendant's Exhibit B | Plaintiff Tr |
| Defendant's Exhibit C | June 25–27 and Pickup |
| Defendant's Exhibit D | July 8, 202 |
| Defendant's Exhibit E | July 8, 202 |
| Defendant's Exhibit F | September |
| Defendant's Exhibit G | September |
| Defendant's Exhibit H | October 3, Lading, an |
| Defendant's Exhibit I | October 3, |
| Defendant's Exhibit J | October 3, |
| Defendant's Exhibit K | October 3, shows that |
| Defendant's Exhibit L | Photograph Qualifying |
| Defendant's Exhibit M | Photograph Trivel |

## ADMISSION TRACKING

Exhibit Offered Admitted Notes

A     ____     ____

B     ____     ____

C     ____     ____

D     ____     ____

E     ____     ____

F     ____     ____

G     ____     ____

H     ____     ____

I     ____     ____

J     ____     ____

K     ____     ____

L     ____     ____

M     ____     ____