# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**TRIVEL, INC.**
      **Plaintiff,**

                         **Civil Action No. 2-25-cv-10190-SKD-Civ.**

  **V.**                         **Hon. Susan K. DeClerq**

**Tech Smart USA, Inc., et al.**     **Curtis Ivy, Jr., United States Magistrate**
      **Defendants.**             **Judge**

### PLAINTIFF'S RESPONSES TO
### DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS

In accordance with the Federal Rules of Civil Procedure and the Rules of this Court,

Plaintiff hereby provides its written Responses and Objections to the Request for Production of

Documents.

If a document is responsive to more than one request, it will only be produced once.

Documents are produced at:

https://www.dropbox.com/scl/fo/jup1owibjpi1njcu1gay2/AFQgDeLokGa_eDHQs1vqIRU?rlkey

=ot1d26nomqtnr68gqx9hb2yff&st=9nvjgr3f&dl=0



DEFENDANT'S
EXHIBIT

B

tabbles

**Request No. 1** All documents evidencing Trivel's interpretation, understanding, or application of the Settlement Agreement provisions concerning what constitutes a "unit," including any criteria used by Trivel to include or exclude returned products from its unit count.

Please find below the details of an Ollie Leo E-Trike unit sold, for which we have received purchase orders, completed delivery, and which has been advertised on the QVC website.

A "Unit" consists of the following components:

## E-323740
### Ollie Leo Electric Trike with 500W Motor & 20MPH Speed w/Accessories

| | |
|---|---|
| Ollie Leo Electric Trike with 500W Motor & 20MPH Speed | $2499.00* |
| Bike Lock | $19.92* |
| All Weather Cover Tarp | $44.99* |
| eTrike Multitool | $21.99* |
| Removeable Phone Mount | $26.00* |
| Backrest Attachment | $59.00* |
| Removeable Turn Signals | $48.99* |
| **If Purchased Separately** | **$2719.89*** |

*The specified values are Comparable Retail Values, representing the price being charged by retailers for items of like grade & quality. The If Purchased Separately value may vary depending on whether any restrictions on the offers apply to the customer. For example, some offers may only apply to customers who are new to the App, Service, or Voucher.



- Includes electric trike, bike lock, cover, multi tool, removable phone mount, padded comfort seat with backrest, removable turn signals, charger, and lithium-ion battery

- 500W motor

- Foldable design

- Speed sensor

- Five power levels with pedal assist and throttle-only modes

- Oversized rear cargo basket

- Hydraulic brakes

- Rear traction

- Front LED headlight and three rear LED brake lights

- Aluminum frame

**Return Criteria : Please refer to QVC return policy (see link and information below) :**

https://egain.qvc.com/system/templates/selfservice/qvc_km/help/customer/locale/de/portal/250700000001015/content/PROD-23955/When-should-I-expect-to-see-my-refund-for-my-return

*Based on our verification of the returned item, if the returned item is not the item for which you had requested a return or is not in the same quantity we may rebill your original payment method.*

*After you complete a drop-off or pick-up of return item(s), it may take some time for the item(s) to be transported to our return facilities. Once the item(s) are received, the item(s) will be verified and inspected against the expected product(s) and quantity in your return request. If we do not receive the expected product(s) and quantity as submitted by you in your return request, or if the item(s) are not in original condition or missing parts/accessories/manuals, you will be charged for the previously refunded amount (or for the previously shipped replacement/exchange order).*

**Return Criteria: please refer to following return policy details (link and information below):**

https://egain.qvc.com/system/templates/selfservice/qvc_km/help/customer/locale/de/portal/2 50700000001015/content/PROD-22011/How-can-I-return-or-exchange-an-item

***Step 5:*** *Repack all contents in the original packaging including the item and the provided pack slip (if available) or note with your order number, and cover/remove all original shipping labels on the box or package it arrived in. Some items consist of several parts or pieces; always return the entire item or set for a replacement or refund. Please do not mix jewelry and non-jewelry items.*

Request No. 2 All documents reflecting the number of units Trivel contends were returned or picked up from VectorTek pursuant to the Settlement Agreement, including spreadsheets, inventories, summaries, or internal calculations.

Please see recap of received full vans (dates and content):

| | | Ollie Leo E-trike | Ollie Scooter | Unknown brand E-trike | Empty Boxes and Empty pallets (no E-Trike) | |
|---|---|---|---|---|---|---|
| #1 | July 8th. 2025 | 50 | | | | |
| #2 | July 8th, 2025 | 50 | | | | |
| #3 | September 23rd, 2025 | 21 | 24 | 1 | 2 | |
| #4 | October 3rd, 2025 | 4 | | | 32 | |
| #5 | October 3rd 2025 | 2 | | | 24 | |
| | TOTAL | 127 | 24 | 1 | 58 | 210 |

## July 8ᵗʰ 2025 (shipment #1)

Full van/trailer received Shipment number 10449 (50 units Ollie Leo E-trike)

Please also refer to Drop Box Request # 5 document folder

# Commercial Invoice

### Sender details

| | |
|---|---|
| Company: | Vectortek |
| Address line 1: | 2425 N Lapeer Rd |
| Address line 2: | |
| Postcode / City: | 48371 Oxford |
| Country: | United States |
| Sender name: | Tim Carey |
| Telephone: | (810) 936-0536 |
| Email: | tcarey@vectortek.com |

| | |
|---|---|
| Invoice number (optional): | Vecktor1 |
| Shipping date: | 2025-07-08 |
| Shipment number: | 10449 |
| Currency: | USD Us Dollar |
| Reason for export: | Return |
| Sender VAT number: | |
| Receiver VAT number: | |
| Terms of sale (Incoterms): | DDP (Delivered Duty Paid) |

### Receiver details

| | |
|---|---|
| Company: | TRIVEL INC |
| Address line 1: | 102-467 RUE BOURQUE |
| Address line 2: | |
| Postcode / City: | J5Z 5A2 REPENTIGNY QC |
| Country: | Canada |
| Receiver name: | SYLVIE HAINAULT |
| Telephone: | 450-585-2504 |
| Email: | ORDERS@TRIVEL.COM |

### Delivery details (if different from receiver)

| | |
|---|---|
| Company: | |
| Address line 1: | |
| Address line 2: | |
| Postcode / City: | |
| Country: | United States |
| Delivery contact: | |
| Telephone: | |
| Email: | |

| Description of goods | Quantity | Unit weight (kg) | Unit value | HS code | Country of origin | Total weight (kg) | Total value |
|---|---|---|---|---|---|---|---|
| Ollie etrike, return | 50 | 45 | 300 | 8712.00.5000 | China | 2250 | 15000 |
| | | | | | China | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Number of packages in shipment:
50

| | |
|---|---|
| Total shipment value: | 15000 |
| Discount: | |
| Subtotal: | 15000 |
| Shipping costs: | |
| Insurance costs: | |
| Other costs: | |
| Total declared value: | 15000 |

### Declaration

I declare that the content of this invoice is true and correct.

| Name and Signature | Company and Job title | Date |
|---|---|---|
| SYLVIE HAINAULT | Administrative agent at Trivel Inc | 2025-07-08 |

### Additional information (e.g. hazardous details, EORI number, ECCN number, etc.)

## July 8th 2025 (shipment #2)

Full Van received Shipment number 10450 (50 units Ollie Leo E-trike)

Please also refer to Drop Box Request # 5 document folder

# Commercial Invoice

### Sender details

| | |
|---|---|
| Company: | Vectortek |
| Address line 1: | 2425 N Lapeer Rd |
| Address line 2: | |
| Postcode / City: | 48371   Oxford |
| Country: | United States |
| Sender name: | Tim Carey |
| Telephone: | (810) 936-0536 |
| Email: | tcarey@vectortek.com |

| | |
|---|---|
| Invoice number (optional): | Vecktor1 |
| Shipping date: | 2025-07-08 |
| Shipment number: | 10450 |
| Currency: | USD Us Dollar |
| Reason for export: | Return |
| Sender VAT number: | |
| Receiver VAT number: | |
| Terms of sale (Incoterms): | DDP (Delivered Duty Paid) |

### Receiver details

| | |
|---|---|
| Company: | TRIVEL INC |
| Address line 1: | 102-467 RUE BOURQUE |
| Address line 2: | |
| Postcode / City: | J5Z 5A2   REPENTIGNY QC |
| Country: | Canada |
| Receiver name: | SYLVIE HAINAULT |
| Telephone: | 450-585-2504 |
| Email: | ORDERS@TRIVEL.COM |

### Delivery details (if different from receiver)

| | |
|---|---|
| Company: | |
| Address line 1: | |
| Address line 2: | |
| Postcode / City: | |
| Country: | United States |
| Delivery contact: | |
| Telephone: | |
| Email: | |

| Description of goods | Quantity | Unit weight (kg) | Unit value | HS code | Country of origin | Total weight (kg) | Total value |
|---|---|---|---|---|---|---|---|
| Ollie etrike, return | 50 | 45 | 300 | 8712.00.5000 | China | 2250 | 15000 |
| | | | | | China | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Number of packages in shipment:

50

| | |
|---|---|
| Total shipment value: | 15000 |
| Discount: | |
| Subtotal: | 15000 |
| Shipping costs: | |
| Insurance costs: | |
| Other costs: | |
| Total declared value: | 15000 |

### Declaration

I declare that the content of this invoice is true and correct.

| Name and Signature | Company and Job title | Date |
|---|---|---|
| SYLVIE HAINAULT | Administrative agent at Trivel Inc | 2025-07-08 |

## September 23rd 2025 (shipment #3)

**Partial van received (21 units Ollie Leo E-trike, 24 Ollie Scooters, 1 Unknown brand E-Trike, 2 Empty boxes and Empty pallets)**

| Empty boxes with parts | | |
|---|---|---|
| Empty box with parts | Carton box and saddle- no bike | |
| Empty box with parts | Wheels and saddle, no bike | |

| E-Bike/Etrike from another Supplier | | |
|---|---|---|
| Unknow bike- **Aotos** brand/supplier | Unknown | |

| Scooters (Not E-Bikes/E-trikes) | | |
|---|---|---|
| Ollie Rider Teal | MHC148V500W2410268 | |
| Ollie Rider Teal | MHC148V500W2410190 | |
| Ollie Rider Teal | MHC148V500W2410112 | |
| Ollie Rider Teal | MHC148V500W2410345 | |

| | | | |
|---|---|---|---|
| Ollie Rider Teal | MHC148V500W2410065 | | |
| Ollie Rider Teal | MHC148V500W2410080 | | |
| Ollie Rider Teal | MHC148V500W2410187 | | |
| Ollie Rider Teal | MHC148V500W2410279 | | |
| Ollie Rider Teal | MHC148V500W2410253 | | |
| Ollie Rider Teal | MHC148V500W2410xxx | | |
| Ollie Rider Teal | MHC148V500W2410171 | | |
| Ollie Rider Teal | MHC148V500W2410029 | | |
| Ollie Rider Teal | MHC148V500W2410082 | | |
| Ollie Rider Teal | MHC148V500W2410353 | | |
| Ollie Rider Teal | MHC148V500W2410045 | | |

| | | |
|---|---|---|
| Ollie Rider Teal | MHC148V500W2410xxx | |
| Ollie Rider Teal | MHC148V500WXXXXX | |
| Ollie Rider Teal | MHC148V500W2410191 | |
| Ollie Rider Teal | MHC148V500W2410224 | |
| Ollie Rider Teal | MHC148V500W2410258 | |
| Ollie Rider Teal | MHC148V500W2410202 | |
| Ollie Rider Teal | MHC148V500W2410055 | |
| Ollie Rider Teal | MHC148V500W2410304 | |
| Ollie Rider Teal | MHC148V500W2410364 | |

| E-Bike/Etrike Trivel | | | |
|---|---|---|---|
| Leo e-trike Teal | Unknown | | |
| Leo E-trike Red | CKFSD24G01003 | | |
| Leo e-trike Teal | CKFSD24G01714 | | |
| Leo e-trike Teal | CKFSD24G00562 | | |
| Leo e-trike | Unknown | | |
| Leo e-trike Teal | CKFSD24G01210 | | |
| Leo e-trike Teal | CKFSD24G01555 | | |
| Leo e-trike white | CKFSD24G01875 | | |
| Leo e-trike Teal | CKFSD24G00808 | | |
| Leo e-trike Blue | CKFSD24G00699 | | |
| Leo E-trike Red | CKFSD24G02025 | | |
| Leo e-trike Blue | Unknown | | |

| | | |
|---|---|---|
| Leo e-trike Teal | Unknown | |
| Leo e-trike Blue | CKFSD24G01x42 | |
| Leo e-trike white | CKFSD24G00166 | |
| Leo e-trike Teal | CKFSD24G00261 | |
| Leo e-trike red | CKFSD24G00302 | |
| Leo e-trike red | CKFSD24G00108 | |
| Leo e-trike white | CKFSD24G00854 | |
| Leo e-trike Blue | CKFSD24G00305 | |
| Leo e-trike red | CKFSD24G00272 | |

## October 3rd 2025 (shipment #4)

### Part empty van received (4 units Ollie Leo E-trike and 32 Empty boxes and Empty pallets)

**Trailer of Shipment #5 opening**



**Image Empty trailer**



**Image Empty trailer**



**Image Empty trailer**



| Empty boxes with parts | | |
|---|---|---|
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |

| | | | |
|---|---|---|---|
| Empty box with parts | Parts, no bike | | |
| Empty box with parts | Parts, no bike | | |
| Empty box with parts | Parts, no bike | | |
| Empty box with parts | Parts, no bike | | |
| Empty box with parts | Parts, no bike | | |
| Empty box with parts | Parts, no bike | | |
| Empty box with parts | Parts, no bike | | |

| **E-Bike/Etrike Trivel** | | | |
|---|---|---|---|
| Leo e-trike Red | CKFSD24G00947 | | |
| Leo E-trike Turquoise | CKFSD24G01627 | | |
| Leo E-trike Turquoise | CKFSD24G01177 | | |

## October 3rd 2025 (shipment #5)

Part empty van received (2 units Ollie Leo E-trike and 24 Empty boxes and Empty pallets)

*Video of trailer opening can be provided*

Trailer of Shipment #5 opening



Image Empty trailer



Image Empty trailer



Image Empty trailer



| Empty boxes with parts | | |
|---|---|---|
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |

| | | |
|---|---|---|
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |
| Empty box with parts | Parts, no bike | |

**E-Bike/Etrike Trivel**

| | | |
|---|---|---|
| Leo e-trike White | | |
| Leo E-trike Turquoise | | |

**Request 2.1**

All documents reflecting the number of scooters or other items which Trivel picked up from VectorTek,, including spreadsheets, inventories, summaries, or internal calculations.

Please refer to documents and information in Request No. 2

**Request No. 3**

All documents identifying or describing any units Trivel refused to accept, rejected, or declined to count as "units," including the stated reason for each refusal or exclusion. This includes, but is not 2 limited to, items which Trivel contends are parts of units rather than units or items that Trivel contends do not qualify as e-bikes.

Please refer to documents et information in Request No. 2

**Request No.4**

All documents reflecting communications between Trivel and VectorTek concerning scheduling, logistics, or execution of pickup of returned units following execution of the Settlement Agreement.

Please refer to Drop Box folder Request No. 5

**Request No. 5**

All documents identifying the dates on which Trivel sent trucks or carriers to VectorTek's warehouse to retrieve returned units, including delivery tickets, bills of lading, driver logs, or warehouse sign-in records.

Please refer to Drop Box folder Request No. 5

**Request No.6**

 All documents reflecting the capacity, loading limitations, or loading instructions applicable to any trucks or carriers used by Trivel to retrieve returned units from VectorTek.

We have no documents to provide

**Request No. 7**

All documents evidencing Trivel's claim that fewer than 225 units were made available or delivered by VectorTek, including any contemporaneous objections, notices, or demands made.

Please refer to Request No.2 showing 2 trailers near empty with empty pallets and boxes

**Request No. 8**

**All documents reflecting Trivel's calculation of the monetary amount allegedly owed under the Settlement Agreement, including any assumptions regarding missing parts, partial units, or condition of returned products.**

| | | Ollie Leo E-trike received |
|---|---|---|
| #1 | July 8th. 2025 | 50 |
| #2 | July 8th, 2025 | 50 |
| #3 | September 23rd, 2025 | 21 |
| #4 | October 3rd, 2025 | 4 |
| #5 | October 3rd 2025 | 2 |
| | TOTAL | 127 |

Calculation of Monetery amount owed

| | |
|---|---|
| Units agreed to be delivered to Trivel | 225 |
| Minus Units of E-trike/E-Bikes delivered to Trivel | 127 |
| **Difference of Units missing** | 98 |
| X Cost value in Agreement | 1 390,00 $ |
| | **136 220,00 $** |

**Request No. 9 All documents reflecting inspections, condition reports, photographs, or evaluations conducted by or on behalf of Trivel concerning returned units picked up from VectorTek.**

Please refer to pictures and videos in Drop Box link showing Van trailers nearly empty and in chaos state

**Request No. 10**

**All documents supporting Trivel's assertion that VectorTek failed to comply with the Settlement Agreement, including documents relied upon in support of Plaintiff's Motion to Reopen.**

Please refer to pictures and videos in Drop Box link showing Van trailers nearly empty and in chaos state

**Request No. 11 All documents relevant to the parties' interactions following the entry of the Settlement Agreement..**

Please refer to Drop Box link

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, DC Bar #419739
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com


/s/ Kurt O'Keefe
Kurt O'Keefe P30718
Local Counsel for Plaintiff
1254 Woodbridge Street
St. Clair Shores MI 48080
313-962-4630
koklaw@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this 9th day of February, 2026, a copy of the foregoing Responses was sent via email to:

Marc Sackin
MORGAN STARR SACKIN, PLLC
Attorneys for Defendants
208 W. Park Street
Lapeer, MI 48446
        Email: msackin@starrsackin.com

/s/Daniel M. Press