Gmail

**Marc Sackin <msackin@starrsackin.com>**

---

## Fwd: Pickup return- Ollie trike
1 message

---

**Tim Carey** <tcarey@vectortek.com>                           Mon, Jun 1, 2026 at 10:40 AM
To: Marc Sackin <msackin@starrsackin.com>

Part 2: Trivel pick up conversation

---------- Forwarded message ---------
From: **Tim Carey** <tcarey@vectortek.com>
Date: Thu, Jun 26, 2025 at 11:40 AM
Subject: Re: Pickup return- Ollie trike
To: Olivier Lajoie <olajoie@trivel.com>
Cc: Sébastien Daviault <sdaviault@trivel.com>, Chris Carey <ccarey@vectortek.com>, Sylvie Hainault <sylvie@trivel.com>, Tina Bogart <tbogart@vectortek.com>

Hi Sebastien,

I think July 8th works best for us, but we can make either day work if there are issues there.

Ollie,

I've attached a few images below.

Thanks,
Tim

On Thu, Jun 26, 2025 at 9:54 AM Olivier Lajoie <olajoie@trivel.com> wrote:

> Hi Tim,
>
> Can you please send us multiple pictures of the boxes, we have someone asking for them before we move them.
>
> Thanks,
>
> Really appreciated!
>
>
> Olivier Lajoie
>
> Président / President
>
> 514-808-5835
>
> **trivel**
>
> CERTIFIED
> Aboriginal Business
>
> Canadian Council for
> Aboriginal Business



DEFENDANT'S
EXHIBIT

C

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** 25 juin 2025 13:22
**To:** Olivier Lajoie <olajoie@trivel.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Sylvie Hainault <sylvie@trivel.com>; Chris Carey <ccarey@vectortek.com>
**Subject:** Re: Pickup return- Ollie trike

Also please note that the US Independence day is next week. Our warehouse will be closed on the 3rd and 4th of July respectively

On Wed, Jun 25, 2025 at 1:18 PM Tim Carey <tcarey@vectortek.com> wrote:

> Hi Ollie,
>
> In previous pickups, it hasn't been feasible to fit more than 50 or so of the bikes on a truck. Hope that helps :)
>
> Sebastien,
>
> Yes at the Vectortek Warehouse. For reference is still 2425 N Lapeer Rd, Oxford MI 48371.
>
> Thanks,
>
> Tim
>
> On Wed, Jun 25, 2025 at 1:13 PM Olivier Lajoie <olajoie@trivel.com> wrote:
>
>> Calvaire, il faut en rentrer au moins 60 unités par van sinon fait pas de sens.
>>
>> On leur dit quoi?
>>
>> Olivier Lajoie
>>
>> Président / President
>>
>> 514-808-5835
>>
>> **trivel**
>>
>> CERTIFIED
>> Aboriginal Business
>>
>> Canadian Council for
>> Aboriginal Business

**From:** Sébastien Daviault <sdaviault@trivel.com>
**Sent:** 25 juin 2025 13:11
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Sylvie Hainault <sylvie@trivel.com>; Olivier Lajoie <olajoie@trivel.com>; Chris Carey <ccarey@vectortek.com>
**Subject:** Re: Pickup return- Ollie trike

Pickup at Vectortek Warehouse ?

Sébastien Daviault

Directeur général / General manager

514-712-1692

*trivel*

---

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** mercredi, 25 juin 2025 à 11:44
**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Sylvie Hainault <sylvie@trivel.com>, Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Pickup return- Ollie trike

Unfortunately we're not able to floor load it at this time, they'll have to remain on their skids

On Wed, Jun 25, 2025 at 8:39 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim
>
> Thank you for the follow up!
>
> Are you able to confirm, if possible, for you to floor load the trailer? Usually, we can fit between 75 to 85 units instead of 50 when floor loaded
>
> Thank you
>
> Sébastien Daviault
>
> Directeur général / General manager
>
> 514-712-1692

**trivel**

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** mardi, 24 juin 2025 à 15:26
**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Sylvie Hainault <sylvie@trivel.com>, Olivier Lajoie <olajoie@trivel.com>, Chris Carey
<ccarey@vectortek.com>
**Objet :** Re: Pickup return- Ollie trike

Hi Sébastien,


We still have quite a few bikes that we have to get pulled out of storage. However we currently have 125 bikes
currently residing within our warehouse if you all want to do a pick up.


Let me know what day and times work best for you


Thanks,

Tim


On Tue, Jun 10, 2025 at 3:23 PM Sébastien Daviault <sdaviault@trivel.com> wrote:

> 53ft trailer sorry
>
>
> Let me know as soon as they are available
>
>
> Sébastien Daviault
>
> Directeur général/ General manager
>
> 514-712-1692
>
> **Erreur! Nom du fichier non spécifié.**
>
> ───────────────────────────────
>
> **De :** Tim Carey <tcarey@vectortek.com>
> **Envoyé :** Tuesday, June 10, 2025 3:14:17 PM
> **À :** Sébastien Daviault <sdaviault@trivel.com>
> **Cc :** Sylvie Hainault <sylvie@trivel.com>; Olivier Lajoie <olajoie@trivel.com>; Chris Carey
> <ccarey@vectortek.com>
> **Objet :** Re: Pickup return- Ollie trike
>
>
> Hi Sébastien,

I'm currently coordinating with various locations to pull the trikes from storage so they can be consolidated in location for pick up. Which will take some time.

in your email you wrote you are sending 53 trailers to pick them up? Could you clarify or confirm if that's correct or a typo?

Thanks,

Tim

On Tue, Jun 10, 2025 at 6:45 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim,
>
> Hope you are doing great!
>
> Is it possible to tell me how many tricycle are ready to pickup up in Vecktortek warehouse?
>
> We will dispatch 53trailers to pick them up this week.
>
> Thank you
>
> Sébastien Daviault
>
> Directeur général/ General manager
>
> 514-712-1692
>
> **Erreur! Nom du fichier non spécifié.**

**2 attachments**



**image1.jpeg**
3259K



**image0.jpeg**
3769K





 Gmail

**Marc Sackin <msackin@starrsackin.com>**

---

## Fwd: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8
1 message

---

**Tim Carey** <tcarey@vectortek.com>                    Mon, Jun 1, 2026 at 10:42 AM
To: Marc Sackin <msackin@starrsackin.com>

Part 3: Trivel Shipping conversation

---------- Forwarded message ---------
From: **Dispatch_Actionadvantage** <dispatch@actionadvantage.com>
Date: Tue, Jul 8, 2025 at 5:23 PM
Subject: Re: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8
To: Tim Carey <tcarey@vectortek.com>, Dispatch_Actionadvantage <dispatch@actionadvantage.com>


Noted thank you Tim

Dispatch Team
Action Advantage Logistics
Get Outlook for Android

---

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Tuesday, July 8, 2025 5:21:42 PM
**To:** Dispatch_Actionadvantage <dispatch@actionadvantage.com>
**Subject:** Re: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8

Hi,

Both trucks are loaded and sent out

On Tue, Jul 8, 2025 at 4:48 PM Dispatch_Actionadvantage <dispatch@actionadvantage.com> wrote:

> Hello Tim,
>
>
> Just wanted to know  if both of our truck are loaded ?
>
>
> Thank you et Merci,



**DISPATCH TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: dispatch@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com

  

**Action Advantage Logistics is proud to join the esteemed Action Force Transport brand,** comprising asset-based companies Action Force Transport, Crosspoint Cartage, and Cold Storage Solutions Warehouse, as we build on a legacy of excellence established in 2004.
**FF#FF00065614/ MC#01666245**



**Moving Daily LTL Refrigerated freight from all Terminals**
Montreal | Toronto | Winnipeg | Regina | Saskatoon | Edmonton | Calgary | Vancouver
www.actionforcetransport.com          www.afcoldstorage.com

| Brampton Terminal | Calgary Terminal | Vancouver Terminal |
|---|---|---|
| 131 East Drive | 292123 Crosspoint Drive | 26995 Gloucester Way |
| Brampton, ON L6T 1B5 | Rocky View, AB T4A 0T5 | Langley, BC V4W 3Y3 |
| PH: (905) 463 0936 | PH: (403) 769 1818 | PH: (604) 395 3780 |

**From:** Dispatch_Actionadvantage
**Sent:** Tuesday, July 8, 2025 3:05 PM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Dispatch_Actionadvantage <dispatch@actionadvantage.com>
**Subject:** RE: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8

The driver should be checking now **with Truck 064 trailer 7125**

**Second Truck 137 trailer 7141 should** be there in next 30 minutes

Thank you et Merci,



**DISPATCH TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: dispatch@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com

  

Action Advantage Logistics is proud to join the esteemed Action Force Transport brand, comprising asset-based companies Action Force Transport, Crosspoint Cartage, and Cold Storage Solutions Warehouse, as we build on a legacy of excellence established in 2004.

**FF#FF00065614/ MC#01666245**

   

**Moving Daily LTL Refrigerated freight from all Terminals**
Montreal | Toronto | Winnipeg | Regina | Saskatoon | Edmonton | Calgary | Vancouver
www.actionforcetransport.com          www.afcoldstorage.com

| Brampton Terminal | Calgary Terminal | Vancouver Terminal |
|---|---|---|
| 131 East Drive | 292123 Crosspoint Drive | 26995 Gloucester Way |
| Brampton, ON L6T 1B5 | Rocky View, AB T4A 0T5 | Langley, BC V4W 3Y3 |
| PH: (905) 463 0936 | PH: (403) 769 1818 | PH: (604) 395 3780 |

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Tuesday, July 8, 2025 3:00 PM
**To:** Dispatch_Actionadvantage <dispatch@actionadvantage.com>
**Subject:** Re: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8

We have had no trucks show up yet

On Tue, Jul 8, 2025 at 2:49 PM Dispatch_Actionadvantage <dispatch@actionadvantage.com> wrote:

Hi Tim,

Has the first truck checking for P/U ?

Thank you et Merci,



**DISPATCH TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: dispatch@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com

  

**Action Advantage Logistics is proud to join the esteemed Action Force Transport brand,**
comprising asset-based companies Action Force Transport, Crosspoint Cartage, and Cold Storage
Solutions Warehouse, as we build on a legacy of excellence established in 2004.
**FF#FF00065614/ MC#01666245**

  

**Moving Daily LTL Refrigerated freight from all Terminals**
Montreal | Toronto | Winnipeg | Regina | Saskatoon | Edmonton | Calgary | Vancouver
www.actionforcetransport.com          www.afcoldstorage.com

| Brampton Terminal | Calgary Terminal | Vancouver Terminal |
|---|---|---|
| 131 East Drive | 292123 Crosspoint Drive | 26995 Gloucester Way |
| Brampton, ON L6T 1B5 | Rocky View, AB T4A 0T5 | Langley, BC V4W 3Y3 |
| PH: (905) 463 0936 | PH: (403) 769 1818 | PH: (604) 395 3780 |

**From:** Dispatch_Actionadvantage
**Sent:** Tuesday, July 8, 2025 1:19 PM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Dispatch_Actionadvantage <dispatch@actionadvantage.com>
**Subject:** RE: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8

No, I mean the truck was held at previous delivery the truck is empty now on to route to your facility for
P/U

The second truck should be arrived by 2:45 pm  for P/U

Thank you et Merci,



**DISPATCH TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: dispatch@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com

  

**Action Advantage Logistics is proud to join the esteemed Action Force Transport brand,**
comprising asset-based companies Action Force Transport, Crosspoint Cartage, and Cold Storage
Solutions Warehouse, as we build on a legacy of excellence established in 2004.
**FF#FF00065614/ MC#01666245**

 

**Moving Daily LTL Refrigerated freight from all Terminals**
Montreal | Toronto | Winnipeg | Regina | Saskatoon | Edmonton | Calgary | Vancouver
www.actionforcetransport.com          www.afcoldstorage.com

| **Brampton Terminal** | **Calgary Terminal** | **Vancouver Terminal** |
|---|---|---|
| 131 East Drive | 292123 Crosspoint Drive | 26995 Gloucester Way |
| Brampton, ON L6T 1B5 | Rocky View, AB T4A 0T5 | Langley, BC V4W 3Y3 |
| PH: (905) 463 0936 | PH: (403) 769 1818 | PH: (604) 395 3780 |

---

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Tuesday, July 8, 2025 1:14 PM
**To:** Dispatch_Actionadvantage <dispatch@actionadvantage.com>
**Subject:** Re: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8

Hi,

Was there a change in delivery time?

On Tue, Jul 8, 2025 at 11:34 AM Dispatch_Actionadvantage <dispatch@actionadvantage.com> wrote:

> **Eta change to 1215pm, driver is delayed at the delivery**

Thank you et Merci,



**DISPATCH TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: dispatch@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com

  

**Action Advantage Logistics is proud to join the esteemed Action Force Transport brand,** comprising asset-based companies Action Force Transport, Crosspoint Cartage, and Cold Storage Solutions Warehouse, as we build on a legacy of excellence established in 2004.

**FF#FF00065614/ MC#01666245**

   

**Moving Daily LTL Refrigerated freight from all Terminals**
Montreal | Toronto | Winnipeg | Regina | Saskatoon | Edmonton | Calgary | Vancouver
www.actionforcetransport.com          www.afcoldstorage.com

| Brampton Terminal | Calgary Terminal | Vancouver Terminal |
| --- | --- | --- |
| 131 East Drive | 292123 Crosspoint Drive | 26995 Gloucester Way |
| Brampton, ON L6T 1B5 | Rocky View, AB T4A 0T5 | Langley, BC V4W 3Y3 |
| PH: (905) 463 0936 | PH: (403) 769 1818 | PH: (604) 395 3780 |

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Tuesday, July 8, 2025 11:27 AM
**To:** Dispatch_Actionadvantage <dispatch@actionadvantage.com>
**Subject:** Re: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8

Hi,

Do you happen to have an ETA for the truck's arrival? I don't see it attached

Thanks,

Tim

On Tue, Jul 8, 2025 at 8:31 AM Dispatch_Actionadvantage <dispatch@actionadvantage.com> wrote:

Good morning, Tim,

Please note the eta for the 2-truck arriving for P/U today, please see the attached BOL


Thank you et Merci,



**DISPATCH TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: dispatch@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com

  

**Action Advantage Logistics is proud to join the esteemed Action Force Transport brand,** comprising asset-based companies Action Force Transport, Crosspoint Cartage, and Cold Storage Solutions Warehouse, as we build on a legacy of excellence established in 2004.
**FF#FF00065614/ MC#01666245**

   

**Moving Daily LTL Refrigerated freight from all Terminals**
Montreal | Toronto | Winnipeg | Regina | Saskatoon | Edmonton | Calgary | Vancouver
www.actionforcetransport.com          www.afcoldstorage.com

| Brampton Terminal | Calgary Terminal | Vancouver Terminal |
|---|---|---|
| 131 East Drive | 292123 Crosspoint Drive | 26995 Gloucester Way |
| Brampton, ON L6T 1B5 | Rocky View, AB T4A 0T5 | Langley, BC V4W 3Y3 |
| PH: (905) 463 0936 | PH: (403) 769 1818 | PH: (604) 395 3780 |

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Monday, July 7, 2025 2:10 PM
**To:** Dispatch_Actionadvantage <dispatch@actionadvantage.com>
**Subject:** Re: P/U 2 FTL LOAD FOR TRIVEL TUESDAY JULY 8


Hi,


Sorry for the late reply. The best shipping hours for us are between 11am and 5pm.

Thursday, February 5, 2026 at 9:46:55 AM Eastern Standard Time

| | |
|---|---|
| **Objet:** | Re: Pickup return- Ollie trike |
| **Date:** | vendredi 27 juin 2025 à 07:48:55 heure avancée de l'Est |
| **De:** | Sébastien Daviault |
| **À:** | Tim Carey, Olivier Lajoie |
| **Cc:** | Chris Carey, Sylvie Hainault, Tina Bogart |
| **Pièces jointes:** | image002.png, image003.png, image001.png |

Thank you Tim! I'm working on it for the 8th

Sébastien Daviault
Directeur général / General manager
514-712-1692



---

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** jeudi, 26 juin 2025 à 11:41
**À :** Olivier Lajoie <olajoie@trivel.com>
**Cc :** Sébastien Daviault <sdaviault@trivel.com>, Chris Carey <ccarey@vectortek.com>,
Sylvie Hainault <sylvie@trivel.com>, Tina Bogart <tbogart@vectortek.com>
**Objet :** Re: Pickup return- Ollie trike

Hi Sebastien,

I think July 8th works best for us, but we can make either day work if there are issues there.

Ollie,

I've attached a few images below.

Thanks,
Tim

On Thu, Jun 26, 2025 at 9:54 AM Olivier Lajoie <olajoie@trivel.com> wrote:

> Hi Tim,
> Can you please send us multiple pictures of the boxes, we have someone asking for them before
> we move them.
> Thanks,
> Really appreciated!
>
> Olivier Lajoie

Président / President
514-808-5835

*trivel*

CERTIFIED
Aboriginal Business

Canadian Council for
Aboriginal Business

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** 25 juin 2025 13:22
**To:** Olivier Lajoie <olajoie@trivel.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Sylvie Hainault <sylvie@trivel.com>; Chris Carey <ccarey@vectortek.com>
**Subject:** Re: Pickup return- Ollie trike

Also please note that the US Independence day is next week. Our warehouse will be closed on the 3rd and 4th of July respectively

On Wed, Jun 25, 2025 at 1:18 PM Tim Carey <tcarey@vectortek.com> wrote:

Hi Ollie,

In previous pickups, it hasn't been feasible to fit more than 50 or so of the bikes on a truck. Hope that helps :)

Sebastien,

Yes at the Vectortek Warehouse. For reference is still 2425 N Lapeer Rd, Oxford MI 48371.

Thanks,
Tim

On Wed, Jun 25, 2025 at 1:13 PM Olivier Lajoie <olajoie@trivel.com> wrote:

Calvaire, il faut en rentrer au moins 60 unités par van sinon fait pas de sens. On leur dit quoi?

Olivier Lajoie
Président / President
514-808-5835

*trivel*

CERTIFIED
Aboriginal Business

Canadian Council for
Aboriginal Business

**From:** Sébastien Daviault <sdaviault@trivel.com>
**Sent:** 25 juin 2025 13:11
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Sylvie Hainault <sylvie@trivel.com>; Olivier Lajoie <olajoie@trivel.com>; Chris Carey <ccarey@vectortek.com>
**Subject:** Re: Pickup return- Ollie trike

Pickup at Vectortek Warehouse ?

Sébastien Daviault
Directeur général / General manager
514-712-1692



---

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** mercredi, 25 juin 2025 à 11:44
**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Sylvie Hainault <sylvie@trivel.com>, Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Pickup return- Ollie trike

Unfortunately we're not able to floor load it at this time, they'll have to remain on their skids

On Wed, Jun 25, 2025 at 8:39 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim
>
> Thank you for the follow up!
>
> Are you able to confirm, if possible, for you to floor load the trailer? Usually, we can fit between 75 to 85 units instead of 50 when floor loaded
>
> Thank you
>
> Sébastien Daviault
> Directeur général / General manager
> 514-712-1692



3 of 5

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** mardi, 24 juin 2025 à 15:26
**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Sylvie Hainault <sylvie@trivel.com>, Olivier Lajoie <olajoie@trivel.com>,
Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Pickup return- Ollie trike

Hi Sébastien,

We still have quite a few bikes that we have to get pulled out of storage. However
we currently have 125 bikes currently residing within our warehouse if you all want
to do a pick up.

Let me know what day and times work best for you

Thanks,
Tim

On Tue, Jun 10, 2025 at 3:23 PM Sébastien Daviault <sdaviault@trivel.com> wrote:

> 53ft trailer sorry
>
> Let me know as soon as they are available
>
> Sébastien Daviault
> Directeur général/ General manager
> 514-712-1692
> **Erreur! Nom du fichier non spécifié.**
>
> ---
>
> **De :** Tim Carey <tcarey@vectortek.com>
> **Envoyé :** Tuesday, June 10, 2025 3:14:17 PM
> **À :** Sébastien Daviault <sdaviault@trivel.com>
> **Cc :** Sylvie Hainault <sylvie@trivel.com>; Olivier Lajoie <olajoie@trivel.com>; Chris Carey
> <ccarey@vectortek.com>
> **Objet :** Re: Pickup return- Ollie trike
>
> Hi Sébastien,
>
> I'm currently coordinating with various locations to pull the trikes from storage
> so they can be consolidated in location for pick up. Which will take some time.
>
> in your email you wrote you are sending 53 trailers to pick them up? Could you
> clarify or confirm if that's correct or a typo?

Thanks,
Tim

On Tue, Jun 10, 2025 at 6:45 AM Sébastien Daviault <sdaviault@trivel.com>
wrote:

> Hi Tim,
>
> Hope you are doing great!
>
> Is it possible to tell me how many tricycle are ready to pickup up in Vecktortek
> warehouse?
>
> We will dispatch 53trailers to pick them up this week.
>
> Thank you
>
>
> Sébastien Daviault
> Directeur général/ General manager
> 514-712-1692
> **Erreur! Nom du fichier non spécifié.**