Thursday, February 5, 2026 at 9:46:06 AM Eastern Standard Time

| | |
|---|---|
| **Objet:** | RE: Inventory and pick up |
| **Date:** | mardi 23 septembre 2025 à 15:52:27 heure avancée de l'Est |
| **De:** | Booking_Actionadvantage |
| **À:** | Tim Carey |
| **Cc:** | Sébastien Daviault |
| **Pièces jointes:** | image001.png |

Noted, thanks Tim , our sincere apologies for the all the delays.

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com

 

Action Advantage Logistics Inc
**"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."**

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Tuesday, September 23, 2025 3:46 PM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: Inventory and pick up

Truck is loaded and all good to go

On Tue, Sep 23, 2025 at 2:46 PM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

No, he is going to your location , and should be there

TRL# 7168


DEFENDANT'S
EXHIBIT

F

1 of 5

https://www.mycloudhawk.com/shared-link/ee1662a09218996a8d5488f05cbf3eb9

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Tuesday, September 23, 2025 2:28 PM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: Inventory and pick up

That destination is
2647 Rambling Way, Bloomfield Township, MI
not the oxford address.

Are you sure this is the correct GPS?

On Tue, Sep 23, 2025 at 2:24 PM Booking_Actionadvantage
<booking@actionadvantage.com> wrote:

Yes we have the correct address , he should there shortly

Her the link  GPS  tracking link
https://my.geotab.com/rockwelltruckline/shareLocation.html#sessionid:1fO0XRSj9xQgn
E1zfeGJ-w,username:50af64f1-545b-4c00-9f8e-661a60c79b24

Merci/Thank you,



**PICKUP/BOOKING/TRACING TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
 Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



**Action Advantage Logistics Inc**
**"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."**

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier.
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration.
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Tim Carey <timothy@techsmartusa.com>
**Sent:** Tuesday, September 23, 2025 2:00 PM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Tim Carey <tcarey@vectortek.com>; Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: Inventory and pick up

Can confirm the driver is not on site as of this moment. Can you confirm the pickup address for 2425 N lapeer rd in Oxford Mi?

> On Sep 23, 2025, at 1:57 PM, Booking_Actionadvantage <booking@actionadvantage.com> wrote:
>
> I believe the driver is on site can you please .
>
> <image001.png>

**From:** Booking_Actionadvantage <booking@actionadvantage.com>

**Sent:** Tuesday, September 23, 2025 1:16 PM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Booking_Actionadvantage <booking@actionadvantage.com>
**Subject:** RE: Inventory and pick up

H Tim,

Sorry the original driver is still on the previous delivery ; we have the second truck on the way **Truck 052 Trailer 319542** he should be there in next 30 minutes

We apologize for the inconvenience

<image001.png>

---

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Tuesday, September 23, 2025 12:42 PM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: Inventory and pick up

Hi,

Truck still isn't here. Any update on the pickup time?

On Tue, Sep 23, 2025 at 11:17 AM Tim Carey <tcarey@vectortek.com> wrote:

Thank you for the update

On Tue, Sep 23, 2025 at 10:39 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

Hello Tim,

Just got call from the driver he's currently stuck at the previous delivery .but is only about 30 miles out from the pick-up location , we're expecting him to arrive for pick-up around noon

Time.

<image001.png>

---

**From:** Booking_Actionadvantage <booking@actionadvantage.com>
**Sent:** Tuesday, September 23, 2025 10:08 AM

**To:** Tim Carey <tcarey@vectortek.com>; Sébastien Daviault <sdaviault@trivel.com>
**Cc:** Booking_Actionadvantage <booking@actionadvantage.com>
**Subject:** RE: Inventory and pick up

Good day,

For today pick-up, **truck 318 Trailer 7168**

Thank you


<image001.png>


**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Monday, September 22, 2025 1:57 PM
**To:** Sébastien Daviault <sdaviault@trivel.com>
**Cc:** Booking_Actionadvantage <booking@actionadvantage.com>
**Subject:** Re: Inventory and pick up

Hi Sébastien,

Tomorrow at 11am is still good for pickup

Thanks,
Tim


On Mon, Sep 22, 2025 at 12:23 PM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim
>
> Could you please confirm we are still good to pickup tomorrow September 23 11am?
>
> Thank you
>
> Sébastien Daviault
> Directeur général / General manager
> 514-712-1692
> <image002.png>

2/5/26, 10:47 AM

Re: Pickup - msackin@starrsackin.com

# Subject: Re: Pickup



**Sébastien Daviault** <sdaviault@trivel.com>
to Tim Carey, Olivier Lajoie, Chris Carey

Hi Tim

2 trucks will be dispatch on Friday between 10am and 3pm

Thank you

Sébastien Daviault
Directeur général / General manager
514-712-1692



---

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** mardi, 30 septembre 2025 à 10:03
**À :** Sébastien Daviault <sdaviault@trivel.com>
**Cc :** Olivier Lajoie <olajoie@trivel.com>, Chris Carey <ccarey@vectortek.com>
**Objet :** Re: Pickup

Hi Sébastien,

Unfortunately I'm currently out of office on vacation until Wednesday so that isn't quite possible. Does Friday work

Thanks,
Tim

On Mon, Sep 29, 2025 at 9:07 AM Sébastien Daviault <sdaviault@trivel.com> wrote:

> Hi Tim
>
> could you please confirm we can pickup 100units (2 trucks) wednesday october 1st?
>
> Thank you
>
> Sébastien Daviault
> Directeur général/ General manager
> 514-712-1692
> **Erreur! Nom du fichier non spécifié.**