# BILL OF LADING / ORIGINAL - NOT NEGOTIABLE

Page: 1/1

| Shipper | Booking / Cust.Ref. # | Reference # |
|---|---|---|
| **Vectortek** <br> **2425 N. Lapeer Rd** <br> **Suite B** <br> **Oxford, MI, 48371** <br> **UNITED STATES   Tel:** | **TRIVEL** | **010630** |

| Consignee |
|---|
| **TRIVEL INC** <br> **467 Rue Bourque** <br><br> **Repentigny, QC, J5Z 5A2, CANADA** <br> **Tel: 450-585-2504  Fax:** |

| Notify Party | Date of Issue |
|---|---|
|  | **SEP 23, 2025** |
|  | Local carrier <br> **ROCKWELL TRUCK LINE** |
|  | Terms of delivery & payment <br> **PREPAID** |

## Commodity Description

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2() of NMFC item 360

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).

Received, subject to individually determined rates or contacts that have been agreed upon in writing between the carrier and broker.

| No. of Pieces <br> Nombre de Colis | Type / Sorte | Description of Goods <br> Description des marchandises | Gross weight <br> Poids brut |
|---|---|---|---|
| 50 | BOX | **Llithium -ion batteri calss 9** <br> *NOTES:* <br> **UN 3480  Li-ion batteries** | **3,500 Lbs** <br> **1,588 Kgs** |

| Shipper : | Carrier : | Consignee |
|---|---|---|
| Date: ____ / ____ / ____ <br> (MM) (DD) (YYYY) | Date: ____ / ____ / ____ <br> (MM) (DD) (YYYY) | Date: ____ / ____ / ____ <br> (MM) (DD) (YYYY) |
| (Name-please print)_____ | (Name-please print)_____ | (Name-please print)_____ |
| (Signature)_____ | (Signature)_____ | (Signature)_____ |
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. | Consignee acknowledges that the above named materials have been received in proper condition from transportation according to the applicable regulations of the DOT |

DEFENDANT'S EXHIBIT

tabbies'

G