# Subject: RE: trucks 2 requirement Friday BOL#10661



**Booking_Actionadvantage** <booking@actionadvantage.com>
to Tim Carey, Sébastien Daviault, Booking_Actionadvantage

Good day Tim,

Please note the second truck and trailer number TRU#1284 ; TRL# HL49039

The ETA to the shipper is 10 AM.

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



**Action Advantage Logistics Inc**
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Booking_Actionadvantage <booking@actionadvantage.com>
**Sent:** Wednesday, October 1, 2025 10:16 AM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Booking_Actionadvantage <booking@actionadvantage.com>; Sébastien Daviault <sdaviault@trivel.com>
**Subject:** trucks 2 requirement Friday BOL#10661

Good day Tim,

Please see attached the carrier Bol for Friday October 3rd pick-up , the driver eta for **arrival is 1 pm** .

Merci/Thank you,



DEFENDANT'S EXHIBIT

H

# Subject: Re: 2 trucks requirement Friday BOL#10660 BOL#10661



**Tim Carey** <tcarey@vectortek.com>
to Booking_Actionadvantage, Sébastien Daviault, Booking_Actionadvantage

Hi,

That is correct. Trucks have been loaded and are on their way

Thanks,
Tim

On Fri, Oct 3, 2025 at 11:49 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

Her you go , please confirm this is correct

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
**ACTION ADVANTAGE LOGISTICS INC.**
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
**"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."**

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Friday, October 3, 2025 11:45 AM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: 2 trucks requirement Friday BOL#10660 BOL#10661

26 in the 1,500lb one. 31 in the 2,000lb one

On Fri, Oct 3, 2025 at 11:44 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

**Objet:** Re: 2 trucks requirement Friday BOL#10660 BOL#10661
**Date:** vendredi 3 octobre 2025 à 13:10:05 heure avancée de l'Est
**De:** Tim Carey
**À:** Booking_Actionadvantage
**Cc:** Sébastien Daviault
**Pièces jointes:** image001.png

Hi,

That is correct. Trucks have been loaded and are on their way

Thanks,
Tim

On Fri, Oct 3, 2025 at 11:49 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

> Her you go , please confirm this is correct
>
> Merci/Thank you,
>
>
>
> PICKUP/BOOKING/TRACING TEAM
> ACTION ADVANTAGE LOGISTICS INC.
> Email: booking@actionadvantage.com
> Toll Free 888-421-9478 /Bureau /Office:289-278-9074
> Direct:289-204-9067 ext 8002/ Fax :289-277-7133
> Afterhours:514-512-1480/www.actionadvantage.com
>
>
>
> Action Advantage Logistics Inc
> "Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."
>
> Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
> NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
> Thank you for your kind cooperation.
>
> Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
> REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
> AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

1 of 8

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Friday, October 3, 2025 11:45 AM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: 2 trucks requirement Friday BOL#10660 BOL#10661

26 in the 1,500lb one. 31 in the 2,000lb one

On Fri, Oct 3, 2025 at 11:44 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

Please confirm the skids counts for each truck to ensure it match the Bol so we can correct it

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Friday, October 3, 2025 11:42 AM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>

**Subject:** Re: 2 trucks requirement Friday BOL#10660 BOL#10661

The 1,500 lb BOL also doesn't reflect the pallet count properly either. It should be 26 not 31.

On Fri, Oct 3, 2025 at 11:36 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

Noted revised Bol attached, please confirm

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Friday, October 3, 2025 11:31 AM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: 2 trucks requirement Friday BOL#10660 BOL#10661

Hi,

3 of 8

It appears the weight was changed to be 1500 and 2000 in kgs respectively. The BOL needs to reflect 1,500 LBS, and 2,000 LBS respectively.

Thanks,

Tim

On Fri, Oct 3, 2025 at 11:26 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

Hi Tim,

As per our phone conversation, please see the attached revised Bol for both trucks .

Please confirm

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

*Vectortek assumed one truck 250*

**From:** Tim Carey <tcarey@vectortek.com>
**Sent:** Friday, October 3, 2025 11:08 AM
**To:** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>
**Subject:** Re: 1 trucks requirement Friday BOL#10660

Hi,

I originally only received the single BOL on Wednesday so I was operating under the assumption we were receiving a singular truck, not 2. We originally optimized the skids and pallets to fit onto a single truck with that in mind. Which is where the spacing issue was coming into play.

Working with the driver, we determined we could walk back some of that optimization to better fit two trucks, however the driver has concerns about the BOL being updated to reflect those changes. As is currently stands the first truck's cargo weight is roughly 1,500 and the second trucks estimated weight will be about 2,000kg. They are asking for an updated BOL to ensure no problems when crossing the border.

Thanks,

Tim

On Fri, Oct 3, 2025 at 10:15 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

> Good day Tim,
>
> Please see below note received from the driver , please confirm ?
>
> Please note that as per the shipper they have only one order for us today, all they have will fit in one trailer. Please advise, as we have 2nd driver arriving on site soon.

Merci/Thank you,



**PICKUP/BOOKING/TRACING TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Booking_Actionadvantage <booking@actionadvantage.com>
**Sent:** Friday, October 3, 2025 8:59 AM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Booking_Actionadvantage <booking@actionadvantage.com>
**Subject:** RE: 1 trucks requirement Friday BOL#10660

Good morning, Tim

Please note today pick-up truck and trailer number , the driver will arrive then the pick-up schedule , please accommodate if possible

TRU#1519
TRL#HL48998

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Booking_Actionadvantage <booking@actionadvantage.com>
**Sent:** Wednesday, October 1, 2025 9:44 AM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Booking_Actionadvantage <booking@actionadvantage.com>
**Subject:** 1 trucks requirement Friday BOL#10660

Good day Tim,

Please see attached the carrier Bol for Friday October 3rd pick-up , the driver eta for arrival is 12 pm , we will update you if anything changes.

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
 Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.