Thursday, February 5, 2026 at 9:45:39 AM Eastern Standard Time

**Objet:** Re: 1 trucks requirement Friday BOL#10660
**Date:** vendredi 3 octobre 2025 à 17:57:31 heure avancée de l'Est
**De:** Tim Carey
**À:** Sébastien Daviault
**Cc:** Chris Carey
**Pièces jointes:** image001.png, image001.png

Hi Sébastien,

Inventory still shows that we have some here. I know the first truck wasn't completely full, but the driver was pretty antsy to get going and wanted to lock up before we even finished. The second truck was able to be filled.

(Please note I am out of office for the next week or two intermittently and won't have regular access to my email.)

Thanks,
Tim

On Fri, Oct 3, 2025 at 12:29 PM Sébastien Daviault <sdaviault@trivel.com> wrote:

Hi Tim,

Could you please confirm that these returns are currently in your possession? Given that the trucks were not full, there should be no reason for any units to have been left at your warehouse.

Sébastien Daviault

Directeur général / General manager

514-712-1692

**triveL**

**De :** Tim Carey <tcarey@vectortek.com>
**Date :** vendredi, 3 octobre 2025 à 11:08
**À :** Booking_Actionadvantage <booking@actionadvantage.com>
**Cc :** Sébastien Daviault <sdaviault@trivel.com>
**Objet :** Re: 1 trucks requirement Friday BOL#10660



DEFENDANT'S EXHIBIT
___K___

1 of 5

Hi,

I originally only received the single BOL on Wednesday so I was operating under the assumption we were receiving a singular truck, not 2. We originally optimized the skids and pallets to fit onto a single truck with that in mind. Which is where the spacing issue was coming into play.

Working with the driver, we determined we could walk back some of that optimization to better fit two trucks, however the driver has concerns about the BOL being updated to reflect those changes. As is currently stands the first truck's cargo weight is roughly 1,500 and the second trucks estimated weight will be about 2,000kg. They are asking for an updated BOL to ensure no problems when crossing the border.

Thanks,

Tim

On Fri, Oct 3, 2025 at 10:15 AM Booking_Actionadvantage <booking@actionadvantage.com> wrote:

Good day Tim,

Please see below note received from the driver , please confirm ?

Please note that as per the shipper they have only one order for us today, all they have will fit in one trailer. Please advise, as we have 2nd driver arriving on site soon.

Merci/Thank you,



**PICKUP/BOOKING/TRACING TEAM**
**ACTION ADVANTAGE LOGISTICS INC.**
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Booking_Actionadvantage <booking@actionadvantage.com>
**Sent:** Friday, October 3, 2025 8:59 AM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Booking_Actionadvantage <booking@actionadvantage.com>
**Subject:** RE: 1 trucks requirement Friday BOL#10660

Good morning, Tim

Please note today pick-up truck and trailer number , the driver will arrive then the pick-up schedule , please accommodate if possible

**TRU#1519**
**TRL#HL48998**

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
 Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.

**From:** Booking_Actionadvantage <booking@actionadvantage.com>
**Sent:** Wednesday, October 1, 2025 9:44 AM
**To:** Tim Carey <tcarey@vectortek.com>
**Cc:** Sébastien Daviault <sdaviault@trivel.com>; Booking_Actionadvantage <booking@actionadvantage.com>
**Subject:** 1 trucks requirement Friday BOL#10660

Good day Tim,

Please see attached the carrier Bol for Friday October 3rd pick-up , the driver eta for arrival is 12 pm , we will update you if anything changes.

Merci/Thank you,



PICKUP/BOOKING/TRACING TEAM
ACTION ADVANTAGE LOGISTICS INC.
Email: booking@actionadvantage.com
Toll Free 888-421-9478 /Bureau /Office:289-278-9074
 Direct:289-204-9067 ext 8002/ Fax :289-277-7133
Afterhours:514-512-1480/www.actionadvantage.com



Action Advantage Logistics Inc
"Moving Your Business Forward, Across Borders and Across the Globe, One Shipment at a Time."

Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.
NOTICE: This e-mail contains information that may be confidential. If you are not the intended recipient, any disclosure or other use of this e-mail or the information contained herein or attached hereto may be unlawful and is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately and delete this e-mail without reading, printing, copying, or forwarding it to anyone.
Thank you for your kind cooperation.

Pensez à votre responsabilité environnementale. Avant d'imprimer ce courriel, demandez-vous si vous avez vraiment besoin d'une copie papier
REMARQUE : Ce courriel contient des renseignements qui peuvent être confidentiels. Si vous n'êtes pas le destinataire prévu, toute divulgation ou autre utilisation de ce courriel ou des renseignements qu'il contient ou qui y sont joints peut-être illégale et est strictement interdite. Si vous avez reçu ce courriel par erreur, veuillez en informer immédiatement l'expéditeur et supprimer ce courriel sans le lire, l'imprimer, le copier ou le transmettre à qui que ce soit. Merci de votre aimable collaboration
AVIS CONFORME A LA LOI : Ce message s'adresse uniquement aux destinataires nommément cités. Ce message peut contenir de l'information confidentielle, privilégiée ou dispensée d'être divulguée conformément à la loi.