

DEFENDANT'S
EXHIBIT
tabbies
L











