

DEFENDANT'S
EXHIBIT

tabbies
ᨾ



