UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRIVEL, INC.,

               Plaintiff,                       Case No. 2:25-cv-10190

v.                                   Honorable Susan K. DeClercq
                                   United States District Judge

TECH SMART USA, INC., and
VECTORTEK, LLC,

               VectorTek.

_____/

## JUDGMENT

In accordance with the Opinion and Order issued today:

It is **ORDERED** that Plaintiff's Motion to Enforce Settlement, ECF No. 21, is **GRANTED**.

It is further **ORDERED** that Defendants pay $136,220.00 to Plaintiff within 14 days of entry of the Order.

**This is a final order and closes the above-captioned case.**

                                        */s/Susan K. DeClercq*
                                        SUSAN K. DeCLERCQ
                                        United States District Judge

Dated: August 4, 2026